# United States District Court
# Eastern District of North Carolina



FILED

JAN 17 2001



DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. NO. CAR.

JOHN GERALD GERANT
    Petitioner
v.
UNITED STATES OF AMERICA and
SCOTT DODRILL
    Respondent(s)

**Judgment in a Civil Case**

Case Number: 5:00-HC-913-BO

34 p 225

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, JANUARY 17, 2001 AND A COPY MAILED TO:

John Gerald Gerant #83044-071
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

January 17, 2001

Date

Raleigh, North Carolina

David W. Daniel

Clerk

(by) Deputy Clerk